## IN RE APPLICATION OF JAKE NELSON AND OTHERS.[1]

December 31, 1926.

No. 25,637.

**Case followed.**

Defendant appealed from an order of the district court for Dodge county, Senn, J., denying its motion for a new trial. Affirmed.

*Samuel Lord, Jr.,* and *John Swendiman, Jr.,* for appellant.

*C. D. Simpson,* for respondents.

PER CURIAM.

This proceeding is of the same nature as that in No. 25,636, entitled "In re Application of Dewey T. Miller." It is an appeal from the same kind of an order. The two cases are similar on their facts, so much so that the decision in this case must follow that in its companion.

Hence the order appealed from is affirmed.

[1] Reported in 211 N. W. 579.